In the Matter of JOHN W. HARRIS et al., Infants, by IRVING D. HARRIS, Their Guardian ad Litem, Appellants, to Compel an Accounting by GUARANTY TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., Respondent.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Substituted Trustee of the Trust Created by JEAN FERRIS, as Settlor, and GUARANTY EXECUTOR AND TRUSTEE COMPANY, LIMITED, as Trustee. THOMAS B. GILCHRIST, as Ancillary Executor of JEAN F. D'ESPINAY-DURTAL, Deceased, Appellant; CHARLES L. D'ESPINAY-DURTAL et al., Respondents.

Argued March 2, 1951; decided April 12, 1951.

*Charles H. Tuttle, Stoddard B. Colby* and *William T. Griffin* for John W. Harris and another, petitioners, appellants.

*Mrs. Catherine Noyes Lee* and *Hampton D. Ewing, Jr.,* for Thomas B. Gilchrist, respondent, appellant.

*Walter D. Fletcher, John C. Hover* and *Peter. C. McBean* for Guaranty Trust Company of New York, respondent.

*George A. Spiegelberg, Laurence Rosenthal* and *Leon Silverman* for Charles L. d'Espinay-Durtal and another, respondents.

*John A. Bolles,* special guardian, respondent.

*Anthony J. Romagna* and *Arthur H. Printz* for Anthony J. Romagna, guardian ad litem, respondent.

*Bernard Cowen* and *Robert M. Cowen* for Josephine Grove, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.